**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel N. Stemmer            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10886 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
19 Sep 2022, 17:57:37, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322