United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 22-10886-mdc
Daniel N. Stemmer                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                             Page 1 of 3
Date Rcvd: Sep 22, 2022                 Form ID: 155                       Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel N. Stemmer, 2631 S. Franklin Street, Philadelphia, PA 19148-4516 |
| 14693534 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14683478 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14683489 | + | Global Payments VIP Preferred, 10 Glenlake Parkway, North Tower, Atlanta, GA 30328-3495 |
| 14683490 | | Grimley Financial, 30 Washington Avenue Suite C-6, Haddonfield, NJ 08033-3341 |
| 14683492 | | Jefferson Health, PO BOX 785992, Philadelphia PA 19178-5992 |
| 14722856 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14682681 | + | Lakeview Loan Servicing, LLC, c/o Steven K. Eisenberg, Stern & Eisenberg, PC, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14723167 | + | Lakeview Loan Servicing, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14683497 | | MLR Solutions, PO BOX 60536, King of Prussia PA 19406-0536 |
| 14683496 | | Main Line Behavioral Health, P.O. Box 8500-52198, Philadelphia, PA 19178-2198 |
| 14683498 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14697050 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14683500 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14683477 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 22 2022 23:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14683480 | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14683481 | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14683479 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2022 23:52:30 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14683482 | + | Email/Text: bankruptcy@philapark.org | Sep 22 2022 23:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14683483 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2022 23:52:23 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14683495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2022 23:52:30 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14693791 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14687917 | | Email/Text: mrdiscen@discover.com | | |

Case 22-10886-mdc    Doc 40    Filed 09/24/22    Entered 09/25/22 00:29:10    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14683484 | + | Email/Text: mrdiscen@discover.com | Sep 22 2022 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| | | | Sep 22 2022 23:40:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14683485 | ^ | MEBN | Sep 22 2022 23:39:15 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14683486 | ^ | MEBN | Sep 22 2022 23:39:15 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14683487 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 22 2022 23:40:38 | Fm/towd Point Assent G, 121 South 13th Street, Lincoln, NE 68508 |
| 14683488 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 22 2022 23:41:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14683491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2022 23:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14683493 | | Email/Text: govtaudits@labcorp.com | Sep 22 2022 23:41:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14694982 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 23:52:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722856 | ^ | MEBN | Sep 22 2022 23:39:26 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698084 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 22 2022 23:41:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14683494 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 22 2022 23:41:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14695516 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2022 23:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14683499 | + | Email/Text: bankruptcy@philapark.org | Sep 22 2022 23:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14693037 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 23:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14682243 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682042 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14683502 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:52:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14683503 | | Email/Text: DASPUBREC@transunion.com | Sep 22 2022 23:40:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14698034 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 22 2022 23:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14683504 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 22 2022 23:41:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14695418 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2022 23:52:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

Case 22-10886-mdc   Doc 40   Filed 09/24/22   Entered 09/25/22 00:29:10   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14683501 | ## | Pro CO, PO BOX 2462, Aston PA 19014-0462 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Daniel N. Stemmer mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Daniel N. Stemmer mail@cibiklaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Lakeview Loan Servicing LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daniel N. Stemmer
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10886−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 22nd day of September, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                       Magdeline D. Coleman
                                                                       Chief Judge ,
                                                                       United States Bankruptcy Court

                                                                                                                   38 − 12, 22
                                                                                                                     Form 155