UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DANIEL STEMMER                                    CHAPTER 13
            Debtor

                                              BANKRUPTCY NO. 22-10886

CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served COPY OF THE Motion for

relief from Automatic Stay by US Mail and the court's electronic filing system on or about

November 2, 2023 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Kenneth West
POB 40119
Philadelphia, PA 19106

Cibik Law, OC
1500 Walnut Street, 900
Philadelphia, PA 19102
Attorney for Debtor

All Creditors on Matrix

.

                                        /S/
                            _____
                            GARY E. THOMPSON, ESQUIRE
                            Attorney for Debtor.