**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Daniel Stemmer<br><br>Debtors. | Bankruptcy Case No: 22-10886 |

**CERTIFICATION OF NO RESPONSE**

I, GARY E. THOMPSON, ESQUIRE, attorney for Creditor Alyssa Bonuli, do hereby certify the following:

1. On November 2, 2023, I served via first class regular mail a true and correct copy of Debtors' Motion for Relief From Automatic Stay, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: November 27, 2023         */s/ Gary E. Thompson*
                                  **GARY E. THOMPSON, ESQUIRE**

                                  Counsel for Bonuli,