UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Daniel Stemmer    :    CHAPTER 13
　　　　　　　　　　Debtor    :
　　　　　　　　　　　　　　　　　BANKRUPTCY NO. 22-10886

## ORDER

AND NOW, this 30th day of November ,2023, upon consideration of Movant Alyssa Bonuli's Motion under 11 U.S.C. 362(d) for relief from the automatic stay as set forth in Movant's Motion as herein set forth, and for good cause shown, it is hereby

ORDERED that the automatic stay of 11 U.S.C. 362 (a) is vacated pursuant to the authority granted in F.R.B.P. 4001 (a)(3) to permit the movant to pursue her state court rights to certain real property in Partition to the extent and in the manner provided by any applicable non-bankruptcy law.

_____    J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge