United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-10886-mdc

Daniel N. Stemmer                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel N. Stemmer, 2631 S. Franklin Street, Philadelphia, PA 19148-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Alyssa Bonuli get24esq@aol.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                     User: admin                                      Page 2 of 2
Date Rcvd: Nov 30, 2023                  Form ID: pdf900                               Total Noticed: 1

MICHAEL A. CIBIK

    on behalf of Debtor Daniel N. Stemmer mail@cibiklaw.com  cibiklawpc@jubileebk.net;cibiklaw@recap.email

MICHAEL I. ASSAD

    on behalf of Debtor Daniel N. Stemmer mail@cibiklaw.com
    cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

STEVEN K. EISENBERG

    on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      **Daniel Stemmer**                    :          **CHAPTER 13**
                                        **Debtor**         :

                                                           **BANKRUPTCY NO. 22-10886**

**ORDER**

AND NOW, this        30th           day of   November            ,2023, upon

consideration of Movant Alyssa Bonuli's  Motion under 11 U.S.C. 362(d) for relief from the
automatic stay as set forth in Movant's Motion as herein set forth, and for good cause shown, it
is hereby

ORDERED that the automatic stay of 11 U.S.C. 362 (a) is vacated pursuant to the
authority granted in F.R.B.P. 4001 (a)(3) to permit the movant to pursue her state court rights to
certain real property in Partition to the extent and in the manner provided by any applicable non-
bankruptcy law.

_____  J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge