**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br>     DANIEL N. STEMMER <br><br> **Debtor** | Chapter 13 <br><br> Case No.22-10886-AMC |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: March 01, 2025      By:    */s/ Kenneth E. West*

                                               Kenneth E. West, Esquire, Chapter 13 Trustee
                                               190 N. Independence Mall West
                                               Suite 701
                                               Philadelphia, PA  19106
                                               (215) 627-1377 (Phone)