United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-10886-djb
Daniel N. Stemmer     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Mar 03, 2025     Form ID: 138OBJ     Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel N. Stemmer, 2631 S. Franklin Street, Philadelphia, PA 19148-4516 |
| 14683478 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14683489 | + | Global Payments VIP Preferred, 10 Glenlake Parkway, North Tower, Atlanta, GA 30328-3495 |
| 14683490 | | Grimley Financial, 30 Washington Avenue Suite C-6, Haddonfield, NJ 08033-3341 |
| 14723167 | + | Lakeview Loan Servicing, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14683496 | | Main Line Behavioral Health, P.O. Box 8500-52198, Philadelphia, PA 19178-2198 |
| 14683498 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14683500 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14683501 | | Pro CO, PO BOX 2462, Aston PA 19014-0462 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14683477 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 04 2025 01:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14693534 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 04 2025 01:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14683480 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14683481 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14683479 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2025 03:18:09 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14683482 | + | Email/Text: bankruptcy@philapark.org | Mar 04 2025 01:42:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14683483 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2025 03:17:41 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14683495 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2025 03:17:17 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 22-10886-djb    Doc 59    Filed 03/05/25    Entered 03/06/25 00:40:43    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14693791 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2025 01:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14687917 | | Email/Text: mrdiscen@discover.com | Mar 04 2025 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14683484 | + | Email/Text: mrdiscen@discover.com | Mar 04 2025 01:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14683485 | | Email/Text: bankruptcycourts@equifax.com | Mar 04 2025 01:41:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14683486 | ^ | MEBN | Mar 04 2025 01:15:26 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14683487 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 04 2025 01:41:00 | Fm/towd Point Assent G, 121 South 13th Street, Lincoln, NE 68508 |
| 14683488 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 04 2025 01:42:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14683491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2025 01:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14683492 | ^ | MEBN | Mar 04 2025 01:15:37 | Jefferson Health, PO BOX 785992, Philadelphia PA 19178-5992 |
| 14683493 | | Email/Text: govtaudits@labcorp.com | Mar 04 2025 01:41:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14694982 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:17:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722856 | ^ | MEBN | Mar 04 2025 01:15:27 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698084 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 04 2025 01:41:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14753713 | ^ | MEBN | Mar 04 2025 01:15:35 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14682681 | ^ | MEBN | Mar 04 2025 01:15:28 | Lakeview Loan Servicing, LLC, c/o Steven K. Eisenberg, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14683494 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 04 2025 01:41:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14695516 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2025 01:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14697050 | ^ | MEBN | Mar 04 2025 01:15:27 | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14683499 | + | Email/Text: bankruptcy@philapark.org | Mar 04 2025 01:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14693037 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2025 01:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14682243 | ^ | MEBN | Mar 04 2025 01:15:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682042 | ^ | MEBN | Mar 04 2025 01:15:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 22-10886-djb    Doc 59    Filed 03/05/25    Entered 03/06/25 00:40:43    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14683502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 03:28:51 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14683503 | | Email/Text: DASPUBREC@transunion.com | Mar 04 2025 01:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14698034 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 04 2025 01:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14683504 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 04 2025 01:42:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14695418 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 04 2025 03:17:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14683497 | ## | MLR Solutions, PO BOX 60536, King of Prussia PA 19406-0536 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Alyssa Bonuli get24esq@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Daniel N. Stemmer help@cibiklaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG

on behalf of Creditor Lakeview Loan Servicing LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

Case 22-10886-djb    Doc 59    Filed 03/05/25    Entered 03/06/25 00:40:43    Desc Imaged
Certificate of Notice    Page 4 of 5

*Form 138OBJ* (6/24)−doc 58 − 57

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Daniel N. Stemmer )    Case No. 22−10886−djb
)
)
Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 3, 2025       For The Court

Timothy B. McGrath
Clerk of Court